# UNITED STATES BANKRUPTCY COURT

## District of Maryland

**In re:**

Michael Pugh, Sr

**Case No.:** 1910083

**Chapter:** 13

## NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE
### CLAIM  6-1

Now comes Wells Fargo Bank, N.A., and hereby withdraws its Notice of Mortgage Payment Change which was filed in this Court on 05/12/2021. The Notice of Mortgage Payment Change ("Notice") is being withdrawn as it was inadvertently filed.

The Notice is no longer valid due to payment adjustments after the filing of the Notice.

Respectfully submitted,

/s/Maranda Henderson Braswell

Execution Date: 11/18/2021

VP Loan Documentation

Wells Fargo Bank, N.A.

MAC N9286-01Y

P.O. Box 1629

Minneapolis MN 55440-9790

800-274-7025

NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

District of Maryland

Chapter 13  No. 1910083
Judge: Lori S. Simpson

In re:

Michael Pugh, Sr

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before November 19, 2021 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

**Debtor:**

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Michael Pugh, Sr
4212 Steeds Grant Way

Fort Washington MD 20744

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

**Debtor's Attorney:**

By Court's CM/ECF system registered email address

Tommy Andrews, Jr.

122 N. Alfred St.

Alexandria VA 22314

By Court's CM/ECF system registered email address

N/A

**Trustee:**

By Court's CM/ECF system registered email address

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis MD 21401

/s/Maranda Henderson Braswell

VP Loan Documentation

Wells Fargo Bank, N.A.